JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE CARLO ARROJADO, et al., | ) | Case No. CV 24-0182 FMO (ASx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| GENERAL MOTORS LLC, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 20th day of February, 2024.

/s/
Fernando M. Olguin
United States District Judge